UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANERIS RODRIGUEZ MEJIA,
Individually and as Parent and Natural
Guardian of E.D.,

          Plaintiff,

- against -

DAVID C. BANKS, in his official capacity as
Chancellor of the New York City Department
of Education; and NEW YORK CITY
DEPARTMENT OF EDUCATION,

          Defendants.

**ORDER**

23 Civ. 6401 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

    For the reasons stated at today's hearing, Plaintiff's application for a preliminary injunction is denied.

    Any Amended Complaint will be filed by **August 24, 2023**. Any letter from Defendants concerning amendment of the Complaint will be filed by **August 18, 2023**. The parties will file a joint letter setting forth the possibility of settling the remaining claim regarding the 2021-2022 school year by **August 28, 2023**.

Dated: New York, New York
       August 14, 2023

                           SO ORDERED.

                           _____
                           Paul G. Gardephe
                           United States District Judge