UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANERIS RODRIGUEZ MEJIA, Individually and as Parent and Natural Guardian of E.D.,

        Plaintiff,

- against -

DAVID C. BANKS, in his official capacity as Chancellor of the New York City Department of Education; and NEW YORK CITY DEPARTMENT OF EDUCATION,

        Defendants.

**ORDER**

23 Civ. 6401 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

    Pursuant to this Court's Individual Rules of Practice IV(A) and (C), the parties' cross-motions for summary judgment (Dkt. Nos. 37, 39) are denied without prejudice as premature. (See Indiv. R. Prac. IV(A) ("Pre-motion conferences are required for . . . summary judgment motions.") and (C) ("In all cases (except pro se cases), the moving party shall electronically file motion and reply papers on ECF only when the entire motion has been briefed.") (emphasis in original))

    The Clerk of Court is directed to strike Dkt. Nos. 37-40 and to terminate the motions pending at Dkt. Nos. 37 and 39.

Dated: New York, New York
       October 19, 2023

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge