UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANERIS RODRIGUEZ MEJIA, Individually and as Parent and Natural Guardian of E.D., <br><br> Plaintiff, <br><br> - against - <br><br> DAVID C. BANKS, in his official capacity as Chancellor of the New York City Department of Education; and NEW YORK CITY DEPARTMENT OF EDUCATION, <br><br> Defendants. | **ORDER** <br><br> 23 Civ. 6401 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The conference scheduled for October 26, 2023, is adjourned to **November 30, 2023, at 10:30 a.m.**

Dated:  New York, New York
        October 23, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge