UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANERIS RODRIGUEZ MEJIA, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> DAVID C. BANKS, et al., <br><br> Defendant(s). | 23-CV-6401 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

A conference was held on December 5, 2023. It is hereby **ORDERED** that the parties shall brief the anticipated motions for summary judgment as follows:

- Plaintiff shall file their opening brief by **January 9, 2024**;
- Defendants shall file its brief in opposition and cross-motion by **February 8, 2024**;
- Plaintiff shall file their opposition and reply by **February 29, 2024**;
- Defendants shall file their reply by **March 14, 2024**.

The parties' request (ECF No. 44) to waive filing a Statement of Material Facts Pursuant to Local Rule 56.1 is GRANTED, given their anticipated filing of the administrative record. The parties shall otherwise comply with the Court's Individual Rules regarding motions.

SO ORDERED.

Dated: December 5, 2023
       New York, New York

DALE E. HO
United States District Judge