**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

JANERIS RODRIGUEZ MEJIA, as Parent and
Natural Guardian of E.D. and Individually,

                Plaintiff,

-against-                            23 **CIVIL** 6401 (DEH)

## **JUDGMENT**

DAVID C. BANKS, in his Official Capacity as
Chancellor of the New York City Department of
Education, et al.,

                Defendants.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2024, the Court has **DENIED** Plaintiff's motion for summary judgment and has **GRANTED** Defendants' motion for summary judgment.

**Dated:** New York, New York

      September 30, 2024

                                                      **DANIEL ORTIZ**
                                                   **Acting Clerk of Court**

                        **BY:**    *K. Mango*

                                                    **Deputy Clerk**